IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 13-cr-00505-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    KERWIN DALE SANDE,

    Defendant.

_____

### ORDER SETTING CHANGE OF PLEA HEARING
_____

Pursuant to the Notice of Disposition filed on June 25, 2014 (Docket No. 27). A Change of Plea Hearing is set for **August 21, 2014** at 11:30 a.m. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the status conference scheduled for **July 9, 2014**, the trial preparation conference scheduled for **September 2, 2014**, and the **five-day** jury trial scheduled for **September 8, 2014** are VACATED.

DATED this 2nd day of July, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge