**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00505-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      KERWIN DALE SANDE
       a/k/a Blue,

        Defendant.

---

### PRELIMINARY ORDER OF FORFEITURE
---

        THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure (Docket No. 42). The Court having read said Motion and being fully advised in the premises finds:

        On August 21, 2014, the United States and defendant Kerwin Dale Sande entered into a plea agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 38).

        THAT the requisite nexus exists between the assets listed below and the crimes of Conspiracy, Involving Owning and Conducting an Illegal Gambling Business and Money Laundering that defendant Kerwin Dale Sande pleaded guilty to.

        THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties

pursuant to 21 U.S.C. § 853(n).

    THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

    THAT defendant's interest in the following:

    a.    $40,215.49 seized from Bank of Denver Account # 225023,

    b.    $17,930.92 seized from Bank of Denver Account # 2390356,

    c.    $13,409.33 seized from JP Morgan Chase Account # 4414608046,

    d.    $67,807.49 seized from US Bank Account # 103676424692,

    e.    $9,171.39 seized from Bank of America Account # 457026433563,

    f.    $13,897.59 seized from US Bank Account # 103676036058,

    g.    $44,707.10 of the $65,471.82 seized from Vanguard Group Account # 0682-88022669315,

    h.    2004 Porsche Cayenne, VIN  WP1AB29P94LA65801,

    i.    2007 Mercedes Benz SL550R, VIN  WDBSK71F57F131719,

    j.    2012 BMW 750Li, VIN  WBAKB8C58CC962930,

    k.    2013 BMW M5, VIN  WBSFV9C56DC773401,

    l.    2013 Chevrolet Corvette 427, VIN  1G1YZ3DE0D5701803,

    m.    2014 Chevrolet Corvette, VIN 1G1YM2D75E5104089,

    n.    2001 Harley Davidson motorcycle, VIN  1HD1BXB101Y068250,

    o.    2010 Ducati CAL 1000GT motorcycle, VIN  ZDM1WABP3AB012995,

    p.    2010 Ducati motorcycle, VIN  ZDM12BLW6AB001772;

    q.    2010 Harley Davidson FLHXSE motorcycle, VIN  1HD1PZ812AB958417;

    r.    2010 Moto Guzzi Griso motorcycle, VIN  ZGULSU009AM112348,

    s.    2011 Ducati 1198S motorcycle, VIN  ZDM1XBLW3BB029287,

    t.    2011 Ducati Diavel motorcycle, VIN  ZDM13BLWXBB001109,

    u.    2012 Ducati 1199S motorcycle, VIN  ZDM14BPW4CB001549,

    v.    2006 Harley Davidson motorcycle, VIN 1HD1FBW116Y684600,

    w.    $7,709.00 in United States Currency,

    x.    $160,000.00 in United States Currency,

    y.    $60,000.10 in United States Currency,

    z.    $69,891.12 in United States Currency,

    aa.    $177,272.24 in United States Currency,

    bb.    $1,969.00 in United States Currency, and

    cc.    $289,086.56 in lieu of the Real property located at 9004 East Wesley Avenue, Denver, Colorado,

is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States will not forfeit the following assets belonging to the defendant:

    a.    $62,396.77 seized from US Bank Account #103676036066,

    b.    $20,764.72 of the $65,471.82 seized from Vanguard Group Account #0682-88022669315,

    c.    $176,738.51 seized from Vanguard Group Account #88018340839,

      d.      $140,100.00 in United States currency,

      e.      13 miscellaneous watches, and

      f.      2007 Porsche.

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED this 24th day of November, 2014.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge