**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00505-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KERWIN DALE SANDE
      a/k/a Blue,

        Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (ECF No. 83). The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as set forth in the Information returned on August 21, 2014;

THAT a Preliminary Order of Forfeiture was entered on November 24, 2014;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on January 28, 2015;

THAT, as of January 28, 2015, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of

a. $40,215.49 seized from Bank of Denver Account # 225023,

b. $17,930.92 seized from Bank of Denver Account # 2390356,

c. $13,409.33 seized from JP Morgan Chase Account # 4414608046,

d. $67,807.49 seized from US Bank Account # 103676424692,

e. $9,171.39 seized from Bank of America Account # 457026433563,

f. $13,897.59 seized from US Bank Account # 103676036058,

g. $44,707.10 of the $65,471.82 seized from Vanguard Group Account # 0682-88022669315,

h. 2004 Porsche Cayenne, VIN  WP1AB29P94LA65801,

i. 2007 Mercedes Benz SL550R, VIN  WDBSK71F57F131719,

j. 2012 BMW 750Li, VIN  WBAKB8C58CC962930,

k. 2013 BMW M5, VIN  WBSFV9C56DC773401,

l. 2013 Chevrolet Corvette 427, VIN  1G1YZ3DE0D5701803,

m. 2014 Chevrolet Corvette, VIN 1G1YM2D75E5104089,

n. 2001 Harley Davidson motorcycle, VIN  1HD1BXB101Y068250,

o. 2010 Ducati CAL 1000GT motorcycle, VIN  ZDM1WABP3AB012995,

p. 2010 Ducati motorcycle, VIN  ZDM12BLW6AB001772;

q. 2010 Harley Davidson FLHXSE motorcycle, VIN  1HD1PZ812AB958417;

r. 2010 Moto Guzzi Griso motorcycle, VIN  ZGULSU009AM112348,

s. 2011 Ducati 1198S motorcycle, VIN  ZDM1XBLW3BB029287,

t. 2011 Ducati Diavel motorcycle, VIN  ZDM13BLWXBB001109,

  u.  2012 Ducati 1199S motorcycle, VIN  ZDM14BPW4CB001549,

  v.  2006 Harley Davidson motorcycle, VIN 1HD1FBW116Y684600,

  w.  $7,709.00 in United States Currency,

  x.  $160,000.00 in United States Currency,

  y.  $60,000.10 in United States Currency,

  z.  $69,891.12 in United States Currency,

  aa.  $177,272.24 in United States Currency,

  bb.  $1,969.00 in United States Currency, and

  cc.  $289,086.56 in lieu of the Real property located at 9004 East Wesley Avenue, Denver, Colorado,

shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), free from the claims of any other party;

  THAT the United States shall have full and legal title to the forfeited properties listed above and may dispose of them in accordance with law.

  DATED this 9th day of February, 2015.

          BY THE COURT:

          _____
          RAYMOND P. MOORE
          United States District Judge